## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|                                        |   |                  |
|----------------------------------------|---|------------------|
|                                        | : | CIVIL ACTION     |
| CECIL SHIELDS                          | : |                  |
|                                        | : |                  |
|                    v.                  | : |                  |
| NCO FINANCIAL SYSTEMS, INC.            | : |                  |
|                                        | : | NO. 12-4653      |

## CIVIL JUDGMENT

BEFORE SANCHEZ, J.

        AND NOW, this      day of May, 2013, it appearing that an Arbitration Award was entered and filed on 3/28/13, and that 30 days have elapsed from the entry of the award without any party demanding a trial *de novo*, it is hereby

        ORDERED, that in accordance with the Arbitration Award and Local Civil Rule 53.2, Section 6, judgment is entered for the defendant and against the plaintiff.

ATTEST:             OR            BY THE COURT:

By:_____             S/JUAN R. SANCHEZ_____
Deputy Clerk                JUAN R. SANCHEZ, J.

ARB 16